## 62193. WALLACE v. APPLEWOOD APARTMENTS, LTD.

POPE, Judge.
The appellant having been ordered to file enumerations of error and a brief in accordance with Rules 27 (a) and 14 of this Court, and appellant having failed to do so, the appeal is dismissed.

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED JULY 14, 1981.

Charles L. Wallace, *pro se.*
Jacqui Luther, *pro se.*